■ NIAGARA RECYCLING, INC., Appellant, v SEVENSON ENVIRONMENTAL SERVICES, INC., Formerly Known as SEVENSON CONSTRUCTION CO., INC., Also Known as SEVENSON CONSTRUCTION CORP., INC., Respondent. [695 NYS2d 652] —Judgment and order unanimously affirmed without costs. Memorandum: Plaintiff commenced this action for breach of a contract in 1997 based upon defendant's alleged failure to replace 27,000 cubic feet of clay "on or before July 15, 1988". Supreme Court properly dismissed the action as time-barred (see, CPLR 213 [2]). Plaintiff's reliance upon CPLR 206 (a) (2) is misplaced. That section is not applicable because the time for performance was fixed by contract; nor does plaintiff contend that any subsequent action by defendant extended or reaffirmed defendant's contractual obligation. (Appeal from Judgment and Order of Supreme Court, Erie County, Sconiers, J.—Summary Judgment.) Present—Pine, J. P., Wisner, Hurlbutt, Scudder and Callahan, JJ.

■ EVANGELINA RODRIGUEZ et al., Individually and as Administrators of the Estate of JEANNETTE SANTIAGO, Deceased, Respondents, v MARCOS R. RODRIGUEZ, Appellant. (Appeal No. 2.) [696 NYS2d 924] —Appeal unanimously dismissed without costs (see, Smith v Catholic Med. Ctr., 155 AD2d 435; see also, CPLR 5501 [a] [1]). (Appeal from Order of Supreme Court, Erie County, O'Donnell, J.—Set Aside Verdict.) Present—Pine, J. P., Wisner, Hurlbutt, Scudder and Callahan, JJ.

■ WILTSIE CONSTRUCTION CO., INC., Respondent, v ESICORP, INC. (as Successor to EBASCO CONSTRUCTORS, INC.), et al., Appellants. (Appeal No. 1.) [697 NYS2d 536] —Appeal unanimously dismissed without costs (see, Hughes v Nussbaumer, Clarke & Velzy, 140 AD2d 988; see also, Chase Manhattan Bank v Roberts & Roberts, 63 AD2d 566, 567; CPLR 5501 [a] [1]). (Appeal from Order of Supreme Court, Oswego County, Nicholson, J.—Summary Judgment.) Present—Pine, J. P., Wisner, Scudder and Callahan, JJ.